IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY, et al.,

    Plaintiffs,

v.    No. 03-2649 B CONSOLIDATED

UNITED STATES FIRE INSURANCE
CO.,

    Defendant.

---

ONEBEACON AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.    No. 04-2432 B

JACO AIRFIELD CONSTRUCTION,
INC., et al.,

    Defendants.

---

ORDER AFFIRMING DECISION OF THE MAGISTRATE JUDGE
AND ORDER OF REFERENCE

---

On March 2, 2005, Magistrate Judge S. Thomas Anderson entered an order granting the motion of the Plaintiffs, OneBeacon America Insurance Company, Commercial Union Insurance Company and American Central Insurance Company (collectively, "OneBeacon"), to compel the Defendant, JACO Airfield Construction, Inc. ("JACO"), to adequately respond to requests for discovery. Following entry of the order, objections were filed by the Defendant, to which OneBeacon has responded. Upon a review of all of the relevant pleadings, the Court concludes that

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-29-05

the magistrate judge's findings were neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a). Accordingly, JACO's objections are OVERRULED and the magistrate judge's order is AFFIRMED.

In addition, OneBeacon, in its response to the objections filed by the Defendant, seeks an award of reasonable attorneys' fees incurred by its counsel in moving to compel and in responding to JACO's objections to the magistrate judge's order. The fee request is hereby REFERRED to the magistrate judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED** this 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT