IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
                                )
MEMPHIS-SHELBY COUNTY AIRPORT    )
AUTHORITY, et al.,              )
                                )
          Plaintiffs,           )
                                )      Civ. No. 03-2649-B/P
vs.                             )
                                )
UNITED STATES FIRE INSURANCE    )
CO.,                            )
                                )
          Defendant.            )
                                )
_____ )
```

```
                                )
ONEBEACON AMERICAN INSURANCE     )
COMPANY, et al.,                )
                                )
          Plaintiffs,           )
                                )      Civ. No. 04-2432-B/An
vs.                             )
                                )
JACO AIRFIELD CONSTRUCTION,      )
INC., et al.,                   )
                                )
          Defendants.           )
                                )
```

---

ORDER DIRECTING DEFENDANT JACO AIRFIELD CONSTRUCTION TO RESPOND
TO PLAINTIFF ONEBEACON'S MOTION FOR ATTORNEY'S FEES

---

Before the court is plaintiff OneBeacon American Insurance Company, Commercial Unions Insurance Company and American Central Insurance Company's (collectively "OneBeacon") motion for attorney's fees, which is incorporated in OneBeacon's response to the objections filed by defendant JACO Airfield Construction, Inc.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

to Magistrate Judge Anderson's order granting OneBeacon's motion to compel discovery.   On April 26, 2005, the District Judge affirmed Judge Anderson's order, and referred to this Magistrate Judge OneBeacon's motion for attorney's fees.

A review of the record shows that JACO has not responded to the motion for attorney's fees.   Therefore, JACO is hereby ordered to file a response to OneBeacon's motion for attorney's fees within eleven (11) days from the date of this order.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/9/05
Date

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in
case 2:03-CV-02649 was distributed by fax, mail, or direct printing on
May 16, 2005 to the parties listed.

---

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Honorable J. Breen
US DISTRICT COURT