IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY,
ILLINOIS VALLEY PAVING
COMPANY, and JACO AIRFIELD
CONSTRUCTION, INC.,

     Plaintiffs,

v.

                                Civil Action No. 03-2649-B-P
                                CONSOLIDATED

UNITED STATES FIRE INSURANCE
COMPANY,

     Defendant.

---

ONEBEACON AMERICAN INSURANCE
COMPANY f/k/a COMMERCIAL UNION
INSURANCE COMPANY and AMERICAN
CENTRAL INSURANCE COMPANY,

     Plaintiffs,

v.

                                Civil Action No. 04-2432-B-P

JACO AIRFIELD CONSTRUCTION, INC.,
f/k/a JACO ELECTRIC, INC., a Georgia
Corporation, and MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY, and ILLINOIS
VALLEY PAVING COMPANY, an Illinois
Corporation,

     Defendants.

---

## AMENDED RULE 16(b) SCHEDULING ORDER

---

     Pursuant to the scheduling conference on March 17, 2005, the following dates are established as the final dates for:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-18-05_

38

**AMENDING PLEADINGS**:                          June 15, 2005

**COMPLETING ALL DISCOVERY**:                    January 16, 2006

(a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES, and REQUESTS FOR ADMISSION**:

> To be served such that all answers and responses are due on or before September 1, 2005

(b)    **EXPERT DISCLOSURE (Rule 26(a)(2))**:

| | | |
|---|---|---|
| (i) | Plaintiffs' Experts: | September 15, 2005 |
| (ii) | Defendants' Experts: | October 15, 2005 |
| (iii) | Supplementation under Rule 26(e): | October 30, 2005 |

(c)    **DEPOSITION OF EXPERTS**:                    January 16, 2006

**FILING DISPOSITIVE MOTIONS**:                    February 15, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

| | | |
|---|---|---|
| (a) | For Plaintiffs: | 45 days before trial |
| (b) | For Defendants: | 30 days before trial |

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last four days. The matter is set for a jury trial on May 15, 2006. A joint pretrial order, proposed jury instructions, and motions in limine are due by 4:30 p.m. on May 2, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial. The pretrial conference is set for May 9, 2006 at 9:00 a.m.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production, and Requests for Admission must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection that is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for

filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that, pursuant to Local Rule 7(a)(1)(A) and (B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60 shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises that precludes the matter from proceeding to trial.

*The parties are ordered to engage in court-annexed attorney mediation or private mediation before the close of discovery.*

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

May 6, 2005
DATE

APPROVED:

_w/ permission_

Oscar C. Carr, III
Glankler Brown, PLLC
One Commerce Square
Suite 1700
Memphis, Tennessee 38103
(901) 525-1322

Attorneys for Memphis-Shelby County Airport Authority

_w/ permission_

R. Alan Pritchard
Baker Donelson, PC
2000 First Tennessee Building
Memphis, TN 38103
(901) 526-2000

Attorneys for Illinois Valley Paving Co.

_w/ permission_

William O. Luckett, Jr.
Jennifer M. Bermel
Rossie, Luckett & Ridder, PC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
(901) 763-1800

Attorneys for JACO Airfield Construction, Inc.

_w/ permission_

Alan B. Easterly
Leitner, Williams, Dooley & Napolitan, PLLC
801 Broad Street, Third Floor
Chattanooga, TN 37402
(423) 265-0214

Attorneys for United States Fire Insurance Co.

_____
Stephen D. Crawley
Frank B. Thacher, III
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000

Attorneys for OneBeacon America Insurance Co.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Honorable J. Breen
US DISTRICT COURT