UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY, et al.,

    Plaintiffs.

v.

UNITED STATES FIRE INSURANCE CO.,

    Defendant.

No. 03-2649 B Ph
CONSOLIDATED
with No. 04-2432 B An

---

ONE BEACON AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.

JACO AIRFIELD CONSTRUCTION, INC.,
et al.,

    Defendants.

No. 04-2432 B An

---

### ORDER GRANTING COUNSEL'S MOTION
### FOR ADMISSION PRO HAC VICE

---

This matter came before the Court upon the Motion of James W. Bruner, for special admittance to practice *pro hac vice*. It appears to the Court that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that **JAMES W. BRUNER** is hereby specially admitted to practice in this Court as counsel for **ILLINOIS VALLEY PAVING COMPANY**, in the above-captioned matter.

U.S. DISTRICT COURT JUDGE

Date: May 24, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT