FILED BY _____ D.C.

05 JUN -3 PM 2: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FIRE INSURANCE CO., <br><br> Defendant. | No. 03:2649-B-Ph <br> CONSOLIDATED |
| ONEBEACON AMERICAN INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACO AIRFIELD CONSTRUCTION, INC., et al., <br><br> Defendants. | No. 04:2432-B-An |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT JACO AIRFIELD CONSTRUCTION, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

This matter is before the Court on Plaintiffs' Motion for Leave to File a Reply to Defendant JACO Airfield Construction, Inc.'s Response to Plaintiffs' Motion for Attorneys' Fees. Upon consideration of the motion, the briefs submitted by counsel, and the entire record, the Court finds that OneBeacon's motion should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

It is, therefore, ORDERED that Plaintiffs' Motion for Leave to File a Reply to Defendant JACO Airfield Construction, Inc.'s Response to Plaitniffs' Motion for Attorneys' Fees is granted. Plaintiffs shall have seven (7) days from entry of this Order in which to file their reply.

_____
U.S. MAGISTRATE JUDGE

June 2, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT