IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸ D.C.
05 OCT 18 AM 10: 39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY,
ILLINOIS VALLEY PAVING
COMPANY, and JACO AIRFIELD
CONSTRUCTION, INC.,

    Plaintiffs,

v.

UNITED STATES FIRE INSURANCE
COMPANY,
    Defendant.

03-2649

Civil Action No. ~~03-2349~~-B/V
CONSOLIDATED

---

ONEBEACON AMERICA INSURANCE
COMPANY, f/k/a COMMERCIAL UNION
INSURANCE COMPANY and AMERICAN
CENTRAL INSURANCE COMPANY,

    Plaintiffs,

v.

JACO AIRFIELD CONSTRUCTION, INC.,
f/k/a JACO ELECTRIC, INC., a Georgia
corporation, and MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY, and ILLINOIS
VALLEY PAVING COMPANY, an Illinois
corporation,

    Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION AND MEMORANDUM OF PLAINTIFFS ONEBEACON AMERICA INSURANCE COMPANY, f/k/a COMMERCIAL UNION INSURANCE COMPANY AND AMERICAN CENTRAL INSURANCE COMPANY TO EXCEED PAGE LIMITATION

Before the Court is the unopposed motion of OneBeacon America Insurance Company, f/k/a Commercial Union Insurance Company and American Central Insurance Company to

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05



exceed the page limitation for dispositive motions set forth in Local Rule 7.2(e). As the Court finds the motion to be well-taken, it is hereby GRANTED. Accordingly, OneBeacon America Insurance Company, f/k/a Commercial Union Insurance Company and American Central Insurance Company may file up to a thirty-five (35) page Memorandum of Law in support of its Motion for Summary Judgment, and that such memorandum will be accepted as filed.

IT IS SO ORDERED this 18th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT