UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 20 PM 4: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

MEMPHIS SHELBY COUNTY
AIRPORT AUTHORITY, ILLINOIS
VALLEY PAVING COMPANY, and
JACO AIRFIELD CONSTRUCTION, INC.

    Plaintiffs,

vs.

No.: 03-2649-JDB-tmp
**CONSOLIDATED**
**JURY DEMANDED**

UNITED STATES
FIRE INSURANCE COMPANY

    Defendant.

---

ONEBEACON AMERICAN INSURANCE
COMPANY, f/k/a COMMERCIAL UNION
INSURANCE COMPANY AND AMERICAN
CENTRAL INSURANCE COMPANY,

    Plaintiffs,

vs.

No.: 04-2432-JDB-sta

JACO AIRFIELD CONSTRUCTION, INC.,
f/k/a JACO ELECTRIC, INC., MEMPHIS-
SHELBY COUNTY AIRPORT AUTHORITY,
and ILLINOIS VALLEY PAVING COMPANY

    Defendants.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05

---

**ORDER GRANTING JACO AIRFIELD CONSTRUCTION, INC.'S
MOTION FOR ADDITIONAL TIME TO RESPOND TO
ONEBEACON'S MOTION FOR SUMMARY JUDGMENT**

---

JACO Airfield Construction, Inc. has moved for additional time in which to respond to

OneBeacon American Insurance Company's Motion for Summary Judgment. Having considered

the Motion, and the Memoranda on file, including the arguments contained therein, the court

64

finds that the motion is well taken and should be and is hereby GRANTED. JACO may have up and until February 13, 2006, to file its Response to OneBeacon's Motion for Summary Judgment.

SO ORDERED this, the 20th day of December, 2005.

*[signature]*

Prepared by:

ROSSIE, LUCKETT & RIDDER, P.C.

*[signature]*
JENNIFER M. BERMEL #21392

1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120-4397
(901) 763-1800

ATTORNEYS FOR
JACO AIRFIELD CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT