UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 21 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY,
ILLINOIS VALLEY PAVING
COMPANY and JACO AIRFIELD
CONSTRUCTION, INC.,

      Plaintiffs,

v.                                          Civil Action No. 03-2649-B-P
                                       JURY DEMANDED

UNITED STATES FIRE INSURANCE
COMPANY,

      Defendant.

### ORDER MODIFYING RULE 16(b) SCHEDULING ORDER AND SETTING STATUS CONFERENCE

This matter came to be heard upon the joint motion of Memphis-Shelby County Airport Authority and JACO Airfield Construction, Inc. seeking a modification of the existing Rule 16(b) Scheduling Order, for an extension of the existing case deadlines, and for the Court to hold a status conference for the purpose of developing and entering a new Scheduling Order.

It appearing that the parties' motion is for good cause and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the parties' Motion is **GRANTED** and the existing case deadlines are hereby continued and a Status Conference is hereby set for January 24, 2006, at 1:30 p.m. for the purpose of developing and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-22-05



entering a new Scheduling Order.

**SO ORDERED**, this the 20th day of December, 2005.

*/s/ J. Daniel Breen*
J. DANIEL BREEN
United States District Judge


Prepared by:

ROSSIE, LUCKETT & RIDDER, P.C.

*/s/ Jennifer M. Bermel*
JENNIFER M. BERMEL #21392

1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120-4397
(901) 763-1800

ATTORNEYS FOR
JACO AIRFIELD CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CV-02649 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Molly Glover Crain
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT